# Exhibit A

Page from Cobb County Superior Court Website Listing Names and Pictures of All Cobb County Senior Judges

cobbcounty.gov/courts/superior-court/judges/senior-judges

Cobb County Gov ᵛ    Directory ᵛ    Community    Services    Doing Business    I want to... ᵛ    Pay a Bill ᵛ    EVENTS    NEWS

**Superior Court Judges** ⌄

Honorable Ann B. Harris, Chief Judge >

Honorable Angela Z. Brown >

Honorable Sonja N. Brown >

Honorable Kimberly A. Childs >

Honorable Kellie S. Hill >

Honorable Julie Adams Jacobs >

Honorable Robert D. Leonard II >

Honorable Jason D. Marbutt >

Honorable A. Gregory Poole >

Honorable D. Victor Reynolds >

Honorable Henry R. Thompson >

Senior Judges >

**Accountability Courts** >

# Senior Judges



Senior Judge G. Grant Brantley

Senior Judge George H. Kreeger

Senior Judge James G. Bodiford

Senior Judge Adele P. Grubbs

Senior Judge S. Lark Ingram

Senior Judge J. Stephen Schuster

Senior Judge Mary Staley Clark

Senior Judge Robert E. Flournoy III