# Exhibit C

Transcript from *Paramount v. Jackson* Case When Judge Brantley Displayed Hostility Toward Plaintiff

Paramount Properties Management Group, LLC vs Derrick Jackson
Pretrial Conference Before the Honorable G. Grant Brantley - January 2, 2024                55

THE COURT:  Let's just look at it. Paragraph 8(a), does that have anything to do with the contempt and if so, how?

MR. McMASTER:  No, that has to do with summary judgment motion.

THE COURT:  Okay.  (b), when the parties executed the 2020 purchase and sale agreement -- is that affected by the contempt action?

MR. McMASTER:  Only the summary judgment motion -- the summary judgment order, that will be raised on appeal.  I listed the orders out that will be raised on appeal in Paragraph 8 sub-section (h), so all of those will be raised on appeal.

THE COURT:  Well, how does the order for mere writ of possession relate to the contempt order?

MR. McMASTER:  That is the registry order. It was one order altogether.

THE COURT:  Is that -- did I find that he violated that order?

MR. McMASTER:  Yes.  It's that order you said he violated.

THE COURT:  Okay.  How does it have anything to do with a motion to recuse Judge

Paramount Properties Management Group, LLC vs Derrick Jackson
Pretrial Conference Before the Honorable G. Grant Brantley - January 2, 2024                56

Leftridge?

MR. McMASTER:  That will be raised on appeal.

THE COURT:  How do you drag it in through your appeal of the contempt order?  You're playing games with me, Counsel.  Listen to me.  You know me.  You know what I will do.  Do you not?

MR. McMASTER:  I have learned.

THE COURT:  Is that the lock-up door?  This over here?

MR. McMASTER:  I'm not playing games.  I'm sorry.

THE COURT:  Don't dance with me.

MR. McMASTER:  No, Judge Leftridge --

THE COURT:  You hear me?

MR. McMASTER:  Yes, Your Honor.

Judge Leftridge entered that order, and it gets vacated if her recusal process was not done properly.

THE COURT:  We will reconvene at 1:30.  You be prepared to bring a toothbrush.

(Short break from 10:58 a.m. to 1:34 p.m.)

THE COURT:  Let me be sure that I've got it clear in my head what the plaintiff is