# Exhibit D

## Second Transcript from *Paramount v. Jackson* Case When Judge Brantley Expressed Bias Toward Plaintiff

Paramount Properties Management Group, LLC vs Derrick Jackson
Trial Before the Honorable G. Grant Brantley - January 8, 2024

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

PARAMOUNT PROPERTIES                    )
MANAGEMENT GROUP, LLC,                   )
                                        )
                                        )
Plaintiff/Petitioner,                   )
                                        )   CIVIL ACTION FILE
        vs.                             )
                                        )   NO. 2022CV365529
DERRICK JACKSON,                        )
                                        )
                                        )   **ORIGINAL**
Defendant/Respondent.                   )

_____

TRIAL BEFORE HONORABLE G. GRANT BRANTLEY

January 8, 2024

9:08 a.m.

Fulton County Courthouse
185 Central Avenue SW
Atlanta, Georgia 30303

*************************************

Whitney S. Guynes, CCR
WSG REPORTING, LLC
3430 Heartwood Lane
Atlanta, Georgia 30340
(678) 770-3151
office@WSGreporting.com

case.

MR. PATINO:  You're absolutely correct, Judge, on both statements.  There is a jury demand in the case and the jury resolves a question of fact.  I agree with you there, Your Honor.

I will say two things:  We contend a valid notice was given and there's not a question of fact.  They dispute the receipt of the first letter via certified mail.  What they don't dispute, Judge, is their lawyer received it seven days later.  So if there is truly a question of fact as to when it was received, it would be about a seven-to-ten-day question of fact.

THE COURT:  I got it.  If you had told me that upfront when I was asking that would have taken care of it.  You've got to listen to what my question is so you know what to address. Have a seat.

Mr. McMaster, I am not happy with you.  I told you just to brief the standing issue.  You gave me the whole sink.  Stand up and give me the answer to the question I'm issuing now.

MR. McMASTER:  Your question, Your Honor?