# Exhibit F

Matthew D. McMaster's Campaign Page Describing Why He Challenged Judge Carl Bowers in the 2024 Cobb County State Court Election

Case 1:25-cv-06726-JPB    Document 1-6 - State Court Candidate Filed 11/24/25    Page 2 of 6

# MATT MCMASTER FOR STATE COURT JUDGE

## WHY I'M RUNNING



## The Senior Judge Conundrum

In light of the misguided direction of our Cobb County judicial officers, I believe I have an obligation to run in this year's election. I have spent the last two years as an empathetic ear for people who feel they've been mistreated by the Cobb County judicial system. I have been observing the work of judges and I would often request to record public hearings which is authorized by Rule 22 of the Uniform Superior Court Rules. Interestingly, only three Cobb County Superior Court judges ever denied my request to record their hearings: Judge Grant Brantley, Judge Stephen Schuster and Judge Adele Grubbs. These three judges have one common denominator: They are all "senior judges"—retired judges not subject to election or reelection. In other words, there is no way to remove them from the bench; yet they continue to preside over cases, asserting their will and violating people's rights with no accountability. *See* Cobb Leaders Rest On Their Laurels.

But how do we address these problematic senior judges, these alleged "leaders" who are not subject to the will of the voters? I can only conjure up one solution to inspire change: **Challenge those elected judges who assign their cases to these senior judges, those who appoint them as mediators, and those who publicly encourage and praise them.** I am open to other solutions but, at this time, I am not aware of any. To that end, I am challenging Judge Carl W. Bowers who in 2022 publicly praised Judge Brantley, stating that "Brantley's given me great advice many, many times over the years when I worked with him," and "I learned so much from him that I use today in the courtroom in state court." Bowers went on to say that Brantley has given Bowers "nothing but great advice." While Judge Bowers did not specify exactly what "advice" Judge Brantley has given Bowers that he uses in the courtroom, both judges utilize the "rubber-stamp" method for closing cases which is perhaps the biggest threat to due process facing civil litigants. Apparently, what we get from Judge Brantley we can expect from Judge Bowers.

Case 1:25-cv-06726-JPB     Document 1-6 - Filed 11/24/25     Page 3 of 6

Clearly, the Cobb County judiciary has a leadership problem and if we do not do something to change the course of our court system, we will undoubtedly suffer the fate of our neighbors in Fulton County, floundering and flailing in a cesspool of corruption and lawlessness. As cliché as it sounds: **Not on my watch**.

Matthew D. McMaster, Esq.
Candidate for Cobb County State Court Judge

"The first step in solving any problem is acknowledging that the problem exists."
-Unknown

**VOTE on May 21, 2024!**

*See also*
- Political Adversaries Cut From the Same Cloth
- Cobb Judges Abandon Constitution to Protect the Establishment
- Cobb County judge sets the record straight in Fulton, or is all a facade?

## W H Y   V O T E   F O R   M A T T

## Why Vote For Me On May 21

**Vote for me because of what makes me different than the other candidates**, and the short list is as follows:

# MATT MCMASTER FOR
# STATE COURT JUDGE

☰

**FAUX PROCESS**



## Faux Process and Rubber-Stamped Orders

## Passing the Buck

In 2019, I represented a mother in Muscogee County in a custody battle for her 5-year-old son. The mother had primary custody at the time and an intermittent hearing was held to potentially appoint a Guardian Ad Litem to the case. The judge asked the father's attorney to draft an order appointing the Guardian Ad Litem. The opposing counsel drafted the "proposed" order for the judge to review. In the proposed order, however, the opposing attorney inserted a clause that changed full custody from the mother to the father. The judge carelessly signed the order and the mother lost primary custody of her son without notice or a hearing on the matter. It took over a year for the mother to get primary custody of her son back.

So what happened here? How could a judge simply sign parental rights away at the drop of a hat, without notice or a hearing? This is what I call "faux process" (contra to "due process") and what many attorneys refer to as a "rubber-stamped" order. The formula for this injustice is as follows:

Rubber-stamped orders are perhaps the biggest threat to due process in civil cases. I have witnessed this in multiple courts and by different judges across the State of Georgia; it is Judge Brantley's *modus operandi* and "if you don't like it, you can appeal," as Brantley would say.[1] Unfortunately, appeals are expensive, not everyone can afford an appeal and the appellate court presents its own unique barriers to equitable case resolution. Brantley's way of **"passing the buck"** onto the Georgia Court of Appeals is an irresponsible use of resources and acts contrary to justice.

In 2022, Judge Bowers publicly stated that "Brantley's given [Bowers] great advice many, many times over the years when [Bowers] worked with him," and "[Bowers] learned so much from him that [Bowers] use today in the courtroom in state court."[2] While Judge Bowers did not specify exactly what "advice" Judge Brantley has given Bowers that he uses in the courtroom, my personal experience shows that, like Brantley, Judge Bowers executes the "rubber-stamp" process systematically. In 2018, Judge Bowers presided over a

1. A judge sets a hearing on a specific matter.
2. The judge picks a prevailing party and tells the attorney for the "prevailing party" to draft a proposed order for the judge to sign.
3. The prevailing party's attorney drafts the order and inserts wording awarding additional remedies that were not within the scope of the judge's oral ruling.
4. The judge then signs the order without scrutiny, thus awarding the drafting party the remedies improperly inserted into the proposed order by the prevailing party's attorney.

The case in Muscogee County was not the first time I witnessed a person denied due process by a rubber-stamped order, nor was it the last. In fact, my first recollection of such injustice occurred at the hands of a Cobb County State Court judge, the Honorable Carl W. Bowers, and my most recent experience was at the hands of a Cobb County Superior Court senior judge, the Honorable G. Grant Brantley.

hearing regarding a very specific issue—I represented the defendant in the case. At the end of the hearing, Judge Bowers made an oral ruling in favor of the plaintiff and told the plaintiff's attorney to draft an order for Bowers to sign. In his proposed order, the plaintiff's attorney inserted a clause that resolved a material issue to the case that was not within the scope of the hearing and cited inapplicable law to justify the bogus ruling. Judge Bowers signed (or "rubber-stamped") the proposed order, which created additional unnecessary litigation.

In 2022, I was hired to defend a civil matter in Fulton County that should have been dismissed with just one hearing by a competent judge. However, the Fulton judge presiding over the matter was not interested in making decisions based on the facts and the law. After multiple unsuccessful motions to recuse the presiding judge, the Fulton County judiciary recruited Judge Grant Brantley from Cobb County to take over the case.[3] With Judge Brantley now assigned to the case, I had high hopes that my client would finally get a fair shake and the case would be dismissed as it should have been over two years ago. That was not the case. Rather, Judge Brantley simply reaffirmed the bogus rulings of the assigned judge with his "rubber-stamp" MO. It would appear to a competent lawyer or judge that Judge Brantley knew absolutely nothing about the applicable law in the case. That case is still pending—though, again, it should have been dismissed and closed over two years ago.

## CONCLUSION

## Cobb County Needs Your Help

Our maimed "justice" system is the result of flawed philosophies and the misalignment of incentives. Imagine losing your house, your job or *worse* your child simply because a judge was too lazy to read what he or she was signing. Judges are acting like cogs in a wheel, simple machines "rubber-stamping" their signatures on paper without scrutinizing the contents. Apparently, some judges just don't have time for this right We The People call **due process**.

Lives are unjustly ruined daily at the hands of our judicial leaders, but it doesn't have to be that way. Calling all voters: **Cobb County needs your help.**

Matthew D. McMaster, Esq.
Candidate for Cobb County State Court Judge

## Contribute

Your donation is an opportunity to be part of something bigger. Show Matt you have his back and help him inform the voters. Vote **May 21, 2024** and donate **today**!

DONATE NOW

 

**McMaster For Cobb**

info@mcmasterforcobb.com

Copyright © 2024 McMaster For Cobb LLC - All Rights Reserved.