# Exhibit G

Judge Brantley's April 2024 Order (Pre-Election) Allowing Plaintiff to Record a Hearing in Cobb County Superior Court Case *Lowe v. Lowe*

Filed In Office Apr-12-2024 11:29:10
ID# 2024-0050287-CV
Page 1

**IN THE SUPERIOR COURT OF COBB COUNTY**

**STATE OF GEORGIA**

Connie Taylor
Clerk of Superior Court Cobb County

| | |
|---|---|
| JOHN LOWE, | Civil Action File No.: |
| Plaintiff, | 20106072 |
| Vs. | 23105442 |
| LAURA LOWE, | |
| Defendant. | |

## ORDER

Non-Party Matthew D. McMaster having moved the presiding senior judge to record a proceeding pursuant Uniform Superior Court Rule (USCR) 22 in the above-styled case, and the presiding senior judge having reviewed the same and referred the matter to the undersigned as the judge of the case, and after considering the motions, the Court finds and orders as follows:

The matter shall be taken down by a certified court reporter provided by court administration. After which, Mr. McMaster may purchase copy of the transcript should he desire a copy of the hearing's record. As to the issue of Mr. McMaster's request to create his own recording of the proceeding, the Court finds that a transcript of the hearing is sufficient to ensure the public has access to a fair and open courtroom.

Despite this, in the interest of promoting increased public access to the courts and openness of judicial proceedings, and as neither parties nor witnesses objected to the request, the Court grants the request subject to the following limitation placed on the *use* of the recording.

Should Mr. McMaster or anyone who becomes in possession of the proceeding's audio share or publish the audio in a public forum, the audio or any form of media, shall be published

in full and not edited, cut, or altered except as directed under this order. This includes quotations or other excerpts, whether in printed text or in an audio/visual format. Any and all written excerpts of the proceeding shall be from the official court record (the certified court reporter's transcript). Further, the publication or sharing of the recording or any part thereof shall clearly state at the beginning and end of said transcript, or other published media, the following statement: "The content of the following/foregoing is not the official court transcript or record," The Court finds that this is the most effective means of promoting increased public access to the court and the openness of the judicial proceeding; while still ensuring that the public maintains access and reliance as to the official record conceived under the laws of the State of Georgia.

Additionally, the Court finds that should the recording be published or shared by Mr. McMaster or anyone else in possession of the recording, they shall not publish or share the recording in public or private without first redacting or otherwise cutting testimony, evidence, or other content from the proceeding that discusses, directly or indirectly, a minor child or the private medical or financial information of the parties or anyone else involved with the case.

Failure to adhere to the foregoing may result in penalties, including but not limited to, this court exercising its powers of contempt.

SO ORDERED, this __12th__ day of April, 2024.

_____
G. GRANT BRANTLEY
Senior Judge, State of Georgia
Assisting in the Superior Court of Cobb County

G. GRANT BRANTLEY, SENIOR JUDGE
SUPERIOR COURTS OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA

FILED IN COURT
THIS _____4/12____ 20_24_
AT_____ 0930 A M
LISA MORGAN
DEPUTY CLERK

Lowe v. Lowe
Order
CAFN: 20106072 and 23105442