# Exhibit I

Transcription of Katie Leonard's TikTok Video Where She Was Trying to Convince Her Followers that Plaintiff Was Stalking Her by Virtue of Requesting to Record Hearings that Leonard Was an Attorney of Record in

# Audio file

CustodyCrazyPartOne.MP4

# Transcript

00:00:01

This is a story time about how I am being harassed by a custody crazy.

I had a very long day in court yesterday and.that's what I look like this and for two years I have been wanting to post something about this. I never post anything personal or about myself. Most of my stuff is just funny content, but I just felt like posting this that it's finally time for me to say something about it.

So for those of.you who don't know me. I'm a divorce lawyer and I handle mostly cases in Superior Court. And when I was younger, like I think I Was.30 something young, 30 something. I began dating my husband.who is a judge in in a court that I practice in? And I remember my managing partner at the time, telling me, like, I've thought about this so many times since we since all this has been happening, he said. Katie, you're going to have to get really thick skin.

And I don't think I appreciated what exactly he meant about thick skin until I have gone through everything that I've been through with this particular person.

So to really understand the context of all of this.I think I have to go back in time a little bit.

So lawyers, you know, I think this is something that people don't understand. About lawyers and judges, judges are lawyers, and so judges used to practice law, like with their friends and with the bar. And we have a community. And so in the community that you practice in, it's common for you to know and be friends with a judge. But, you know, I don't know the ones that practice criminal law because they never. You know, I've never really come across them in, like a a social setting or in like a work setting, but if they ever practiced family law like I knew them.

I think that the public thinks that there's like something like corrupt, about that I don't really understand it.

But part of our.Job is to know judges and know what they're going to do because they decide our cases. So like if I know a judge has two kids and that judge shares 5050, that's going to help me tell my client, hey, you know, this judge might be open to 5050 because they have 5050 themselves.

Knowing things about judges helps us kind of gauge as far as settlement purposes like what might happen in court so that we can advise our clients. So I feel like it's very important to know judges and I think most lawyers agree with that

There's.Just some out there that are too socially incapable and frankly not good at their jobs. They want to call that corruption. So that's an important point for where I'm going.

So all this started. It's very interesting to me how how this like campaign of harassment began.

Because you know, for so long, I have kept my mouth shut about it. And so I think lots of people, I think, probably to me, everybody knew all of this because I felt like it was like it was like such a big thing that was happening to me. And now I think probably not as many people as I thought knew about.It.

So that's a good thing.

But at the time, like some of these things are very important going back in time. So the first time something happened was it was when I was dating my husband, I had this case, and it lasted for a very long period of time.

Like 3 or four years. And when the case started, like I didn't know the judge, I'd like never even heard his name before. And I, you know, I didn't know my husband. We weren't dating. But through the course of that case over like 3.To four years.

I started dating my husband and he was on the bench in this.In the county where this case was happening.

And so by the end of the case, you.I had at least met the judge at a State Bar conference before, but otherwise I didn't even, you know, know this judge.

Well, the trial was like a three or four day trial. It was really long and it was a total narcissist on the other side, I had the wife, he was the husband. He was just going to scorch the Earth and that's what he did. And he ended up losing and.

I obviously think the judge got it right, but he did what classic narcissists do, which is I'm going to attack everybody who didn't do what I want. Know what I want to happen. So he immediately starts all this nonsense of like, he called it the news.

They did like some story about how I was married to a judge, and that judge was on the same bench as this judge. And you know, we had been at the State Bar conference, you know, with 1000 other lawyers. So that somehow was like, some inside gig that I had going there.

And they filed like a motion. To recuse the judge.

Which means to get him off the case and have him trial. And all of this stuff. And I was humiliated and very scared and young at the time and it got so bad that at some point, I think this psychopath.

Like subpoenaed to my house.

My personal cell phone records to try to prove that I had like spoken to this judge before. It just was totally bizarre.

And the judge ended up slapping him with a bunch of fees. And I mean it just extended the entire case by, I mean, good, six months, maybe a year. So that was a pretty bad experience. The reason I bring that up is because.

What I didn't realize and what I didn't appreciate, is that there are people that are so insane that when you, things don't go their way or when they want to attack you or they, they get you in their crosshairs, they will like, dig and search up things and try to find things about you that they can spin.

And twist and make worse. And so that's.

So. That case was from like. I think the final order was entered in. Like 2015.

There was another case that that actually may have been started before my case finished, but it was my husband's case and it was a big.

High profile case not a divorce case. It was like a I don't even know. Like a sexual harassment or some kind of suit. Invasion of privacy. Some kind of suit that had a lot of money and a lot of power behind it. And my husband had made a.

Pulling. I don't even think I knew him at the time of this rule. I really don't remember, but it had nothing to do with me.

But he made this ruling that this attorney did not like, and this attorney had a lot of money. And so he decided to hire a private investigator. And this person, like, went and Cherry picked all of these different things.

To try to make it look like I had like me and my husband, had committed ethical violations, they tried to make it look like I had appeared in front of my.

Then. While we were together, which absolutely never happened, but because they cherry picked that and they made it into pleadings. People take it as fact. So that was sitting out there. And then my case, all of these this nonsense about me like.

Being. Close to the judge from the news and everything was out there, so those two things had been out there.

For, I'm so lost on time, I want to say, like, almost 10 years before this custody. Crazy found it.

So those were the first two cases that kind of started this whole thing, those cases being out there sitting there for many, many years, somehow this custody crazy found those and has propelled that into the current campaign of harassment.

Against me that I will talk about. In the next video.

# Audio file

CustodyCrazyPart2.MP4

# Transcript

00:00:01

It's the story time Part 2 about how I'm being harassed by custody. Crazy. I'm. I'm probably the only one listening at this point.

00:00:08

But still I'll roll with it.

So if you listen to part one.

00:00:13

Many years ago there was one case that I was involved in, and then there was a separate case that my husband was involved in and the pleadings that people had filed in those two cases had just been hanging out there.

00:00:28

So Fast forward to a couple of years ago. And again, I don't know the timeline on all these things because I wasn't involved in. Any of it.

00:00:36

It just they somehow became all about me without my knowledge. There was a case that some lawyers that I know and the judge that I know.

00:00:48

Well, we're trying had nothing to do with this case and the gentleman, the Father in this case was represented by a custody crazy.

00:01:00

And this gentleman to my knowledge. But now I, you know, know about the case I've asked the lawyers about it because I'm like, why the hell am I being involved?

00:01:09

In this, I guess this guy was like like a gang member and had been in jail and the mother of this child was a drug addict. And so a third party, we have a statute in Georgia called an equitable caregiver. A third party had come in and had gotten custody of this child. And so the custody crazy lawyer.

00:01:31

1

Filed a motion to recuse the judge, saying, you know, he's biased and because he like had a relationship with the lawyers and like just all kinds of nonsense anyway.

00:01:40

That motion to recuse got wheeled to my husband, which is his procedure. If you know, you get a motion to recuse and there's, like, could possibly be any merit to it if you took all the facts. Is true. You're supposed to wheel it out. So they really are supposed to wheel it.

00:01:54

Out, so it gets to my husband.

00:01:56

And he denies it.

00:01:57

That was the extent of his involvement.

00:02:00

He denies the motion to recuse and he should have. It was total bogus.

00:02:04

But anyway.

00:02:06

This custody crazy lawyer is so crazy, so bad at his job, so cannot handle a loss.

00:02:14

Cannot possibly look at facts and and see like. OK, maybe I could have done this different or that different. Note the entire system has to be corrupted against him because he lost this case. So what does he do? He ran for judicial office against my husband and that's where things got. Really. That's where all of this really started.

00:02:32

So in the last election cycle, he decided to run against my husband and he ran on this campaign platform of, like, judges and lawyers are supposed to live in complete isolation and never have any communication with one another. And if you've ever spoken to a judge and you're a lawyer.

00:02:52

That judge should never be on your cases like he just is insane. He's insane.

00:02:57

And in doing this, I mean he planned his campaign for months before he knows that we know when he, you know, we became aware of him much earlier than he thought we were aware of him, but he made like.

00:03:15

2

All of these web pages, like a wiki page. He made a YouTube video and what he had done was research US and investing and why I'm involved in it. I don't know other than the fact that I'm married to the, to my husband. He made me a target I've never had met. This person didn't even know his name.

00:03:37

Didn't do anything to him.

00:03:39

I don't know why he has set his sights on me other than he's crazy. So what he did was come back through.

00:03:49

All the all the pleadings in the docket. I mean, I don't even know how he found some of this stuff, but he researched me and he researched my husband and he pulled stuff from the case that I had previously. That like the news was involved on and he pulled the case from my husband where it was high-powered. And I mean, all of these pleadings are out there.

00:04:10

That people just take as fact, or at least they argue that it's fact and you don't really have the ability to respond. And like, unless I just want to file pleadings and cases, I'm not involved in, which why would I do that?

00:04:22

I didn't have any reason to or need to respond to some of these things that are out there. I just let it go. So he found these things. He makes this whole YouTube video.

00:04:32

And like a wiki page and a campaign page like basically just attacking everybody, attacking the lawyers involved, attacking the judges involved, attacking me, attacking my husband and his whole campaign platform is the judicial system is corrupt because lawyers and judges know each other, and basically they're doing each other.

00:04:52

Savers.

00:04:54

I don't know how like that kind of logic gets into your head other than you can't accept the fact that you're a bad lawyer, which he is a bad lawyer because he's basically stopped doing family law after this series of losses.

00:05:09

He's like, been hit with $100,000 in attorneys fees for just filing things that were completely frivolous.

00:05:16

3

And so.

00:05:18

He lost the election by an overwhelming majority. I mean, barely got any votes and we just crushed him.

00:05:27

And so I kept my mouth shut. You know I didn't. I didn't say anything about all of this BS that he had put out there about me. I just thought, OK, he'll go away.

00:05:38

Well, he hasn't gone away. He then ran against another judge for reasons that just don't make sense. But I'm not going to spend time on that here. He ran against another judge and lost again.

00:05:51

Because, again, he's a bad lawyer and has no business being a judge.

00:05:56

So he I guess he has nothing to do with his spare time. I think he probably thought that running for judge was going to, like make him this super famous or like freedom fighter. Really. He looks like a fool. And so I guess his business is not growing like he thought because now his new.

00:06:16

MO.

00:06:18

Is to walk around the courthouse at my hearings, recording me. So that's what he's been doing.

00:06:25

So in Georgia, we have a rule that allows the media to come in and record hearings. I'm, I'm sure people saw that with the Trump case that happened in Fulton County and now with the YSL trial that's happening in Fulton County, you have to basically file a request to record. And unfortunately the rule.

00:06:45

Does not say news media. I mean it doesn't reference the news media, but it also opens that up to the public. And so this crazy person has.

00:06:53

Is.

00:06:54

Use that rule.

00:06:57

4

To harass me. So that's what he's been doing after he has had websites about me, has filed pleadings about me. He continues to file pleadings about me accusing me of all kinds of salacious things. I mean, all kinds of ethical violations. He files them in.

00:07:16

In cases I'm not even a part of, I just hear about it. I don't go read it because I don't like my mental health doesn't need that, but I'm aware of what he's doing.

00:07:26

OK.

00:07:27

So I just kind of thought everybody knew that. I just thought like, everybody knew that he was harassing me. So he's been filing these requests to record my my proceedings.

00:07:39

And again, I don't know why me. I don't know what I did.

00:07:44

That he is targeting me, but he basically has this bizarre conspiracy theory that because I'm married to a judge and I hate to say this, but I win a lot, it's because I'm good at.

00:07:58

Job, but I think he thinks because I'm a woman, I can't be good at my job. And because I'm married to a judge that's got to be the reason that I'm successful at what I do.

00:08:09

So he has this theory that and, and I know this because I cross examined him yesterday at the most recent time that he has harassed me. He has a theory that if he comes in because he's a freedom fighter, right, if he comes in and records my proceedings, that everyone will be on their best behavior.

00:08:30

Like.

00:08:31

Like if if he's not there, we're all going to be, like, open about all this corruption that he thinks is happening. I really don't understand. The guy is so crazy, but.

00:08:43

He came. He's been filing these requests to record my proceedings.

00:08:48

And I'm going.

00:08:48

5

To have to go to a Part 3.

# Audio file

CustodyCrazyPart3.wav

# Transcript

00:00:01

Current part three about how I'm being harassed by a custody crazy. I feel like it's kind of important to explain what a custody crazy is, and I did a video about this earlier, but I don't think I went into really great detail. Custody crazies are actually more dangerous than you think.

00:00:21

People will tell you judges will tell you that.

00:00:25

Like when they carry weapons and when they are, you know, when they go to sleep at night. The cases they worry about are not the criminal cases like they're not worried about murderers and gang members and armed robbers and things like that. They're worried about the family law cases where there's a custody crazy involved and.

00:00:45

I carry. I have weapons in my office. I have weapons in my car. I have lots of friends that do the same. We are at significant risk divorce laws.

00:00:56

Years of being attacked physically in all kinds of ways by custody crazies. I mean, I think in the last year in Atlanta that year, maybe like last two.

00:01:06

Or three years.

00:01:07

We've had at least three family lawyers that have been executed in their office.

00:01:13

By litigants and that they just had a case against so it.

00:01:17

Is a very real.

00:01:18

Thing and I take it very serious.

00:01:20

Really. So custody crazies somehow find themselves on Facebook. It always seems to be Facebook. And I don't know how they end up being connected, but it would surprise you how?

00:01:37

People that like like I know in my friends cases that have attacked friends of mine will find like custody crazies in my cases or will find like custody crazies that have been in my husband's cases. Like there must be some dark web.

00:01:52

Web platform where custody crazies all go and find each other and connect. And So what they do, they think that they're like these freedom fighters. They think that they're going to expose this corrupt judicial system when really they're mentally unstable and they're mentally ill and that's why they don't have custody of their children.

00:02:13

That they aren't capable of realizing that so it's got.

00:02:15

To be everybody else.

00:02:16

'S fault, so they they operate under this concept of like parents rights.

00:02:27

So they'll have different little organizations. I don't know what organizations they are, but it sounds like child advocacy organizations are like, you know, parents for freedom. Like, I don't even know if that's a real one, but it they sound like that, like, something that would be legitimate and something that would be real. But really what it is is these, like, disgruntled that against who've lost because they're crazy.

00:02:50

They don't know they're crazy, and so they're on a mission to takedown their judicial system and the lawyers and everybody involved. And so there is a group of people in the.

00:03:02

Area where I practice the main area where I practice.

00:03:05

I'm.

00:03:06

I'm not going to say the name of it.

00:03:09

Because I don't, because they've already threatened to sue me for defamation once. So want this particular custody crazy has because I made a factual statement about how he did anyway, in the campaign, he threatened to sue me for defamation and sent me a letter at my house for my homeowners insurance.

00:03:30

And and this guy is all.

00:03:32

In my business.

00:03:34

So he has a little group of.

00:03:36

People.

00:03:38

All who have lost custody at some point of their kids and they think they are.

00:03:42

Going to expose.

00:03:43

This corrupt judiciary by going around recording. Unfortunately, they're really only targeting me and only recording my proceedings because I guess I'm an easy example of a lawyer that is too close to the.

00:03:58

Bench. So they're going to prove somehow by recording my proceedings that I'm corrupt or.

00:04:05

Something I'd really.

00:04:06

Like it's so hard to understand. I it's difficult for me to even articulate, but that's what's been happening. So somehow.

00:04:16

After I have a successful day in court.

00:04:19

The other party.

00:04:22

I don't know how they find this person, but they find this person that is harassing me and he tells them well, let me go.

00:04:31

And record her.

00:04:33

And that will that will fix it or put.

00:04:35

I don't even know what he tells.

00:04:37

Them but they give him the case information. He comes and.

00:04:43

So at first I kind of.

00:04:45

But.

00:04:46

This is so.

00:04:47

Stupid. Why would any judge allow this? I didn't even put like time into it. I was just like.

00:04:53

The first time I was kind of like I just want to object because I know what he's doing. I mean, he ran against my husband and he's filed a bunch of stuff in the record about me. He's contacted me at home, things like that, but.

00:05:06

I thought everybody knew that.

00:05:08

And so I just thought.

00:05:10

They they would all know that that's why he was.

00:05:14

Filing these motions to record my proceeding.

00:05:17

So the first time I objected, I was wrong.

00:05:21

The judge who let him record he came in there and he articulated that he, you know, was there under the rule to, you know, ensure openness in the courtroom and all the stuffy language from the statute. And I just said, I don't really think it's appropriate because I was worried that he was going to edit the recording.

00:05:41

And make another YouTube video.

00:05:43

Out of it, he also has taken the case that he was so ticked off about that he lost and turned that into an entire web page and use it as his platform. Well, this I found out from somebody involved in that case that that child got bullied at school because of all of the stuff that he was putting out there on the website.

00:06:05

About this particular individual and and the child, and so I was like, I don't want that to happen to any children in my cases for.

00:06:12

Sure. So I objected and it was, you know, I didn't put a lot of effort into it. And the judge allowed him to record and he kind of just, like, sat back there and he recorded for, like a little while and they left. So I don't really know what he thought he was accomplishing because if I was going to be corrupt and like the judge was going to give me all these favors.

00:06:35

I guess we could have just done it right when he walked out of the courtroom, but that didn't.

00:06:39

Even.

00:06:40

So I'm not really.

00:06:41

Sure. What the purpose of that was, but.

00:06:43

Since then, he continued to file requests to record me and I found out that it's mostly having.

00:06:51

To do with.

00:06:52

These third part these people on the other side of my cases that lose and so they somehow.

00:06:59

Behind him and they.

00:07:02

I don't know if they invite him or he offers to come and record me.

00:07:06

But it's just me. He's not recording.

00:07:10

Any other lawyers?

00:07:11

But me, I found out he did in two other cases. I don't know who is involved in them.

00:07:17

But he is targeting me and me alone. So yesterday I finally stood up to him.

00:07:26

Stop.

# Audio file

CustodyCrazyPart4.wav

# Transcript

00:00:00

Story time part 4 about how I'm being harassed by a custody crazy. So I finally decided to stand up to this freak and take a different approach because my husband is a politician. I mean, sort of he doesn't, like, have a party or anything but.

00:00:20

Technically is elected. I guess that makes him a politician. His approach is always like just be quiet, like just don't respond. Just let them do what they're going to do. And you know, we'll take the High Road will be bigger person well.

00:00:36

He's not able to harass my husband the way he's able to harass me because he could not come into, you know, he doesn't go in my husband's courtroom, for one thing, because he's such a chicken. After running against my husband, he, like my husband, doesn't hear his cases anymore. Like he'll recuse from the cases.

00:00:55

Automatically.

00:00:56

Two such little chicken he can't even be in my husband's courtroom. So in order to get back at my husband, I guess he just harasses me. And so I finally was just like I've had enough. I what I realized, as I said, my other videos is that nobody really knows the extent of what this guy is doing.

00:01:17

So I just decided I'm just going to start making it public. So what I did when I found out that he was going to record me.

00:01:27

This most recent time, which was yesterday, I told the judge I and I'm going to admit this. I removed him from the e-mail and because he's not a party to my cases and he's not entitled to be copied on anything pertaining to my cases. So I removed him from the e-mail that he sent to the judge.

00:01:46

With his little notice that he was.

00:01:48

Going to record us.

00:01:49

And I said, Judge, I'm going to object and I'm going to need time to do it. And this was on Friday before my Monday hearing.

00:01:57

And so I spent all weekend researching and I pulled together all of his BS that he's put on web pages on YouTube on, I mean his ridiculous campaign platform where he compares himself to Braveheart. He's really a psychopath and.

00:02:18

I laid it all out in the motion and then I filed it and I didn't even give him a copy because again, he's not a party and he's not entitled to anything.

00:02:29

So I sent it to the judge and I sent it to opposing counsel and I laid out, like, all of the trash, that he talks about, judges, all of the web pages that he's done about children in his cases and how my client and my client had seen all this by now. Because I, you know, I told him about it. And he's like, I don't want my kids on that. I don't want any part of this. And I'm like.

00:02:49

I don't blame you, Sir. So together we filed an objection to this guy hearing it.

00:02:55

And I put it all in the.

00:02:56

Record and I just decided that I'm going to keep doing that every time. If the judge denies it, I'll use that one and I'll just. I'll just keep adding to this motion objection that I have and I'll just keep filing them until it's in every single case that I have.

00:03:16

So that everybody knows what a psycho this guy.

00:03:18

Is.

00:03:19

Well.

00:03:21

I decided at the last minute when he walked in and he was like ready to record, and the judge has to, like, hold a little hearing on this. So he walks in and he's a little crazy person that comes

in looking just disheveled and like, not like a lawyer, you know, he's just gross. And just like, look, looks like a homeless person.

00:03:40

And he comes in and he always has somebody with him, one of his custody crazies, like he always has a random third person with him.

00:03:48

Who? You know they're there to fight, to fight freedom together in the judicial corruption. Someone else who's lost their you know who has no marbles left and so.

00:03:57

He brought his little.

00:03:59

Comrade with him that day. And so I told the judge, Your Honor, before you make a ruling on this motion, I have questions for this.

00:04:08

Gentlemen.

00:04:10

I would like him to get on the stand and the judge.

00:04:12

Was like OK.

00:04:14

And called him up. And so I put him on the stand and I asked him how he found out about the hearing and he admitted to me which the other lawyer had told me this did not happen, that the other party had contacted him and had told him about the hearing and had asked him to be there.

00:04:32

Which I found to be interesting because she had.

00:04:34

Apparently lied to her lawyer about that.

00:04:37

So I said OK and I got his cell phone number so I can subpoena records and I can start finding out who's talking to this person and who's calling him and when in the future, when I have him randomly show up, I can look at cell phone records and I can see who called him. I got him to admit that he researched me. I got him to admit that.

00:04:57

He's made websites about me that he's made videos about me that he has filed things in cases I'm not even involved in, accusing me of ethical violations. I asked him why he had not called the State Bar if I had committed all these ethical violations, and he's so delusional he goes well because you're on a committee.

00:05:16

Well, yeah, of course I am. Lots of lawyers are on committees. There's like 15 committees and there's like 200 members on each committee. So I guess because I'm on some random committee with the State Bar, the State Bar is is in my pocket. So now I have. I'm a powerful person. I have the judges.

00:05:35

And the State Bar all in my pocket. Can you believe that? I should be making a lot more money than I.

00:05:42

And then I asked him what he was going to do with all of these recordings that he was collecting of me. And he said that he was showing up at the hearings to record me to make sure that I'm.

00:05:53

On my best.

00:05:54

Behavior he didn't have any intention of using them. He just wanted to make sure I was on my best behavior. So.

00:06:00

If he's not there to police me, I'm going to get some kind of favors.

00:06:05

That all of the.

00:06:06

Lawyers that are on the other sides of my cases don't get and have never noticed and have never brought up, and there's never been any kind of allegation like that except from him, something that's never met.

00:06:15

Me and never spoken to me.

00:06:17

So I cross examined him and I.

00:06:18

Made a record.

00:06:20

And I got him to admit that he sent me letters to my home. Also, he denied driving by my home, even though I know that he has because during the election he was like, so broke. He had no money because he's a terrible lawyer. He like, has no clients. He had one.

00:06:36

Campaign sign that I saw in the entire county and I drove all over this county, putting out signs for my husband. He had one sign and guess where it was outside my neighborhood, so I had to drive by it.

00:06:46

Every day he denied that he's a little weasel, but I got him to admit all the rest and so now I have a transcript where he's admitted under oath to all of these things. I also have a court order that the judge signed, finding that he's harassing me. So now I have a court order saying that he's harassing me.

00:07:06

And I have a transcript where he admits to harassing me, so I intend to follow restraining order against him. I need. I probably need him to mess up a couple more times.

00:07:17

Just so I.

00:07:18

Can make it really good, but having that order in hand I think definitely helps and I just want.

00:07:22

To say this.

00:07:24

The thing that bugs me about this, somebody had made a comment on one of my prior videos about him being an insult, and that's exactly what I think is happening. I've noticed throughout my career that there are men. Usually they're little men and he's a little man.

00:07:37

He's a little fat man, doesn't own a suit.

00:07:43

There are little men that are very threatened by successful women, and he's one of those and I think he's targeting me and not a man because he thinks.

00:07:53

He can get.

00:07:54

Away with.

00:07:54

It he thinks it's not fair that there are women who are inferior.

00:08:00

They're doing better than him. That's what I think. And it's not new, you know, I've had multiple times in my career that I've had male attorneys and some female attorneys say things like you only got this job because you're pretty. It's never because I'm smart. It's never because I'm good at what I'm doing.

00:08:20

I try really hard and I work really hard and I study and I was trained by exceptional people and I go and get extra training and courses from really good mentors and really good lawyers. No, it's because I'm pretty or because I have a connection or because I'm married to some.

00:08:37

Buddy.

00:08:38

That I have got in my back pocket. They can't ever just give it to you for being good at what you're doing. That's what really bugs me about this guy is that he's got to find a reason that I'm good at what I'm doing. So I'm I'm done. I'm done letting this guy threaten and I'm sure.

00:08:54

When he sees.

00:08:54

These videos, there's going to be 100 more, just horrible things that he comes up with and I'm just.

00:08:59

Going to use it.

00:09:00

He just needs to know I'm going to use it and the more and more lies he spreads, the easier it's going to be. So my vow is ongoing, but I'm fighting. Thanks for listening, if you.

00:09:12

Made it this far.