# Exhibit K

Emails from Court Staff Brett Conway Attempting to Coerce Plaintiff Into Appearing in Court for *Lowe v. Lowe*, a Case in Which Plaintiff was Not a Party Nor an Attorney of Record

 **Gmail**                          Matthew McMaster <mdmcmaster@mcmasterlegal.com>

## Re: Lowe v. Lowe | 24100209

1 message

**Conway, Brett** <Brett.Conway@cobbcounty.org>                Wed, Jul 31, 2024 at 4:38 PM
To: Katie Leonard <kk@leonardfirmpc.com>
Cc: Matthew McMaster <mdmcmaster@mcmasterlegal.com>, Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>,
"Browne, Ryan" <Ryan.Browne@cobbcounty.org>, Kylie Hoggard <Kylie@leonardfirmpc.com>, Ashley O'Neil
<Ashley@leonardfirmpc.com>, "Hastings, Audrey" <Audrey.Hastings@cobbcounty.org>

Counsel,

To be clear, the august 2 date is still on our calendar subject to a consent continuance. However, if the parties consent to
the continuance, you will be put on 2 hour call for the dates previously indicated.  Or as Judge Brantley determines
otherwise.

I think the Court expects parties who choose to litigate a case should be prepared to appear at the hearings whether they
have chosen to move away from the locality or not. However, those are my words not his…

Please let me know how the parties would like to proceed.

Thanks,
Brett Conway


Get Outlook for iOS

**From:** Katie Leonard <kk@leonardfirmpc.com>
**Sent:** Tuesday, July 30, 2024 5:57:36 PM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>; Debbie Crosby Pelerose
<dpelerose@peleroselawfirm.com>; Browne, Ryan <Ryan.Browne@cobbcounty.org>; Kylie Hoggard
<Kylie@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>; Hastings, Audrey
<Audrey.Hastings@cobbcounty.org>
**Subject:** Re: Lowe v. Lowe | 24100209

Brett, are we on call for Friday or are we released?

**Katie K. Leonard**
**351 Washington Ave., Suite 100**
**Marietta, Georgia 30060**
www.leonardfirmpc.com
(678) 540-1400

null

Please consider the environment before printing.

**CONFIDENTIALITY NOTICE**: This e-mail is from a law firm, and may contain information that is privileged or
confidential. If you are not the intended recipient, do not read, copy or otherwise distribute this e-mail or any attachments
hereto. Instead, please notify the sender and delete the e-mail and any attachments.

**TAX ADVICE DISCLOSURE**: Any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

Sent from my iPhone

On Jul 30, 2024, at 5:33 PM, Conway, Brett <Brett.Conway@cobbcounty.org> wrote:

Good afternoon,

I spoke with Judge Brantley about this yesterday and we had a flurry of things pop up yesterday afternoon that distracted me from passing along his guidance.

He will not permit the parties to appear virtually.  He will also not be signing the order pertaining to Ms. Daswani.  His is instructions are that he will keep the GAL issues reserved for 2-hour call on the previously established dates.  If Ms. Daswani ends up being available that day, he would be amendable to keeping her on 2-hour call August 2, should the attorneys fees issue and Ms. Pelerose's issues get resolved before the end of the day.  This is so Ms. Daswani doesn't have to sit through the parts of the hearing that are not relevant to her work in the case.

If the parties present a consent continuance until a date where all parties can be physically present, he would consider that.  However, I think that is going to put you in line for his 2-hour call back up calendars.  I will confirm that with him tomorrow and let you know if/when you make that motion.

Feel free to reach out if you have any questions, thanks!

Brett E. Conway

---

**From:** Conway, Brett
**Sent:** Friday, July 26, 2024 4:04 PM
**To:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>; Browne, Ryan <Ryan.Browne@cobbcounty.org>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>; Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
**Subject:** RE: Lowe v. Lowe | 24100209

Good afternoon,

Please see the attached amended orders.

Thanks!

Brett E. Conway

**From:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>
**Sent:** Friday, July 26, 2024 11:47 AM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>;
Browne, Ryan <Ryan.Browne@cobbcounty.org>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Ashley O'Neil
<Ashley@leonardfirmpc.com>; Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
**Subject:** Re: Lowe v. Lowe | 24100209

Mr. Conway,

Your assertion simply is not true. The proper manner for Rule 22 requests to be served on the Court is
through email. I have had Rule 22 requests rejected by the Cobb Clerk with instruction to email to Court
staff and not file them with the Clerk. That being said, email would also be an appropriate form of
communication with the Court for matters within the scope of a Rule 22 request.

Also, you stated in an email: "Therefore, if you wish to make an argument on that issue, you will need to be
present." However, I have not seen a Court order consistent with your email assertion.

If the Court intends to affect my rights at a hearing then it needs to be in a Court order personally served on
me—and not in an email. Regardless, even the order that was emailed to the parties stated it was
specifically for "ALL ISSUES RIPE FOR HEARING". I am not aware of any matters that could possibly
involve me as a non-party that are ripe for your said hearing.

Respectfully,

Matthew D. McMaster, Esq.

On Fri, Jul 26, 2024 at 11:21 AM Conway, Brett <Brett.Conway@cobbcounty.org> wrote:

> Mr. McMaster,
>
> To the extent this is not in a formal pleading, it will not be considered as we - along with every other office
> I know - do not consider or permit individuals to argue their case via email.

If you have filed something, please provide copies as our clerk's system is unreliable at the moment.

Thanks,

Brett E. Conway

---

**From:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>
**Sent:** Friday, July 26, 2024 9:22 AM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>; Browne, Ryan <Ryan.Browne@cobbcounty.org>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>; Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
**Subject:** Re: Lowe v. Lowe | 24100209

Mr. Conway,

I am not a party to this case. I read the notice attached. It says ALL ISSUES RIPE FOR HEARING. At this time, the Court does not have personal jurisdiction over me nor subject matter jurisdiction over the Rule 22 Order, including the issue of fees outlined in the errors. Avren v. Garten, 289 Ga. 186, 710 S.E.2d 130 (Ga. 2011)("'The filing of an application for appeal shall act as a supersedeas to the extent that a notice of appeal acts as a supersedeas.' OCGA § 5–6–35(h)."). See attached application docketed with the Court of Appeals earlier this week (exhibits omitted). Without personal or subject matter jurisdiction, no issues involving me can possibly be ripe for a hearing in this case and your notice does not apply to me.

So, in an abundance of caution, I will not be at the hearing even as a spectator—I don't want my appearance at the hearing to be misconstrued as a waiver of jurisdiction.

If the Court disagrees with my above assessment of the circumstances, please let me know by end of business on Monday, July 29, 2024.

Respectfully,

Matthew D. McMaster, Esq.

On Thu, Jul 25, 2024 at 4:16 PM Conway, Brett <Brett.Conway@cobbcounty.org> wrote:

Good afternoon,

Please see the attached orders setting this case for August 2, 2024 at 9:30.

Mr. McMaster, I just want to reiterate this in light the email you sent to Judge Reynolds' office suggesting the matter is best before him rather than Judge Brantley, the first issue Judge Brantley will be addressing is the previously reserved issue of attorneys fees incurred due to your involvement in the case. Therefore, if you wish to make argument on that issue, you will need to be present.

Thanks,

Brett E. Conway

From: Katie Leonard <kk@leonardfirmpc.com>
Sent: Wednesday, July 24, 2024 11:49 AM
To: Conway, Brett <Brett.Conway@cobbcounty.org>
Cc: Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>; Matthew McMaster <mdmcmaster@mcmasterlegal.com>; Browne, Ryan <Ryan.Browne@cobbcounty.org>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>; Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
Subject: Re: Lowe v. Lowe | 24100209

Brett, I'll waive the leave.

**Katie K. Leonard**

**351 Washington Ave., Suite 100**

**Marietta, Georgia 30060**

**www.leonardfirmpc.com**

**(678) 540-1400**

<image001.jpg>

Please consider the environment before printing.

**CONFIDENTIALITY NOTICE**: This e-mail is from a law firm, and may contain information that is privileged or confidential. If you are not the intended recipient, do not read, copy or otherwise distribute this e-mail or any attachments hereto. Instead, please notify the sender and delete the e-mail and any attachments.

**TAX ADVICE DISCLOSURE**: Any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

Sent from my iPhone

On Jul 24, 2024, at 11:00 AM, Conway, Brett <Brett.Conway@cobbcounty.org> wrote:

Good morning,

Please see the attached orders filed this morning.

Ms. Pelerose, thanks, I will speak to Judge Brantley about this. I believe Ms. Leonard has leave filed that day, so Judge Brantley has indicated that should she waive her leave he will allocate the day for this case. If it cannot be heard on the August 2 date, he will hold this case on 2 hour call for the dates he previously indicated in his order. So no 'official' date as of this moment, but I haven't had a chance to go through all my PM emails and vmails from yesterday yet.

Thanks,

Brett E. Conway

---

**From:** Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>
**Sent:** Tuesday, July 23, 2024 5:28 PM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>; Matthew McMaster <mdmcmaster@mcmasterlegal.com>; Browne, Ryan <Ryan.Browne@cobbcounty.org>; Katie Leonard <kk@leonardfirmpc.com>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>
**Cc:** Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
**Subject:** Re: Lowe v. Lowe | 24100209

Brett,

I removed Mr. McMasters from this email.

Mr. Lowe has moved to Montana with the children and the parties have agreed that Ms. Lowe would have parenting time with the children from July 31 through August 14th in Montana. Cannot speak for Katie's client, but I am certain my client would want to participate via Zoom based on the fact that she has spent quite a bit of money to get to Montana to see the children. Can that be arranged? I am happy to appear in person.

Please let me know.

Best,

Debbie

Debbie C. Pelerose

**Debbie Crosby Pelerose, P.C.**

132 Forest Avenue NE

Marietta, Georgia 30060

(770) 794-0204

dpelerose@peleroselawfirm.com

**\*\*\*PLEASE COPY BOTH THE ATTORNEY AND PARALEGAL ON ALL EMAILS**

**\*\*\*WE WILL NOT MAIL HARD COPIES UNLESS REQUESTED**

&lt;image001.png&gt;

---

**From:** Conway, Brett &lt;Brett.Conway@cobbcounty.org&gt;
**Date:** Tuesday, July 23, 2024 at 4:44 PM
**To:** Matthew McMaster &lt;mdmcmaster@mcmasterlegal.com&gt;, Browne,

Ryan <Ryan.Browne@cobbcounty.org>, Katie Leonard
<kk@leonardfirmpc.com>, Kylie Hoggard <Kylie@leonardfirmpc.com>,
Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>, Marcy
Wilson <marcy@peleroselawfirm.com>
**Cc:** Hastings, Audrey <Audrey.Hastings@cobbcounty.org>
**Subject:** RE: Lowe v. Lowe | 24100209

Good afternoon,

Judge Brantley has informed me that he anticipates the case being called Friday,
August 2. He will address the attorneys fees issue first as a courtesy for those who do
not need to participate in the case in full. After that, he will take on the issues the
Defendant contend are an emergency that Judge Brantley determined could be
addressed at this future temporary and/or all pending issues pursuant to his order.

Feel free to reach out if you have any questions.

Thanks,

Brett E. Conway

---

**From:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>
**Sent:** Tuesday, July 16, 2024 7:39 PM
**To:** Browne, Ryan <Ryan.Browne@cobbcounty.org>
**Cc:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Subject:** Fwd: Lowe v. Lowe | 24100209

Mr. Browne,

Judge Reynolds might want to own this situation.

No person in the United States should have to fear being sanctioned attorney's fees for
requesting to record a hearing.

Sincerely,

Matthew D. McMaster, Esq.

———— Forwarded message ————
From: <mdmcmaster@mcmasterlegal.com>
Date: Tue, Jul 16, 2024 at 6:08 PM
Subject: Re: Lowe v. Lowe | 24100209
To: Conway, Brett <Brett.Conway@cobbcounty.org>
Cc: Katie Leonard <kk@leonardfirmpc.com>, Marcy Wilson
<marcy@peleroselawfirm.com>, Kylie Hoggard <Kylie@leonardfirmpc.com>, Debbie
Crosby Pelerose <dpelerose@peleroselawfirm.com>, Hastings, Audrey
<Audrey.Hastings@cobbcounty.org>

I'm not a party to the case. Judge Brantley has no jurisdiction over me regarding
attorney's fees. So I'm not sure what is meant but any reservation of attorney's fees. I
have not been personally served. Please provide me case law or statute warranting this
assertion of authority over me.

Regardless, this case is assigned to Judge Reynolds.

Sincerely,

Matthew D. McMaster, Esq.

Please provide a statute or case law substantiating your

Sent from my iPhone

> On Jul 16, 2024, at 4:49 PM, Conway, Brett
> <Brett.Conway@cobbcounty.org> wrote:

Good afternoon,

I have already sent these orders out, but given that Judge Brantley
reserved the issue of attorney's fees concerning the Rule 22 motion, I have
included Mr. McMaster.  Judge Brantley intends to address that issue at
the hearing set by these orders.

Thanks,

Brett E. Conway

**From:** Conway, Brett
**Sent:** Tuesday, July 16, 2024 10:36 AM
**To:** Ashley O'Neil <Ashley@leonardfirmpc.com>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Marcy Wilson
<marcy@peleroselawfirm.com>; Kylie Hoggard
<Kylie@leonardfirmpc.com>; Brantley, G. Grant
<G.Brantley@cobbcounty.org>; Debbie Crosby Pelerose
<dpelerose@peleroselawfirm.com>; Hastings, Audrey
<Audrey.Hastings@cobbcounty.org>
**Subject:** RE: Lowe v. Lowe

Good morning,

Please see the attached orders entered this morning. Feel free to reach
out if you have any questions, thanks!

Brett E. Conway

**From:** Ashley O'Neil <Ashley@leonardfirmpc.com>
**Sent:** Friday, July 12, 2024 5:37 PM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Marcy Wilson
<marcy@peleroselawfirm.com>; Kylie Hoggard
<Kylie@leonardfirmpc.com>; Brantley, G. Grant
<G.Brantley@cobbcounty.org>; Debbie Crosby Pelerose
<dpelerose@peleroselawfirm.com>
**Subject:** RE: Lowe v. Lowe

Mr. Conway,

Sorry so many emails but we received the file-stamped copy. See
attached.

**Ashley S. O'Neil, Esq.**

<image001.png>

351 Washington Avenue, Suite 100

Marietta, Georgia 30060

Phone: (678) 540-1400 x105

Email: ashley@leonardfirmpc.com

**www.leonardfirmpc.com**

Please consider the environment before printing.

**CONFIDENTIALITY NOTICE**: This e-mail is from a law firm, and may contain information that is privileged or confidential. If you are not the intended recipient, do not read, copy or otherwise distribute this e-mail or any attachments hereto. Instead, please notify the sender and delete the e-mail and any attachments.

**TAX ADVICE DISCLOSURE**: Any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**From:** Ashley O'Neil
**Sent:** Friday, July 12, 2024 3:23 PM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Marcy Wilson <marcy@peleroselawfirm.com>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Brantley, G. Grant <G.Brantley@cobbcounty.org>; Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>
**Subject:** RE: Lowe v. Lowe

Yes, I attest that the Response in Opposition to Defendant's Emergency Motion submitted to your office in this case is a true and accurate copy of the Response in Opposition to Defendant's Emergency Motion I filed via email with the clerk's office a moment ago.

For further clarification, I sent the Response to the Clerk's office via email to ashuana.gbye@cobbcounty.org at 3:10 pm today pursuant to Judge Poole's message to members of the Cobb Bar re: filing via email if there is an emergency or deadline impacted by the Peach Court issue.

Thank you,

**Ashley S. O'Neil, Esq.**

<image001.png>

351 Washington Avenue, Suite 100

Marietta, Georgia 30060

Phone: (678) 540-1400 x105

Email: ashley@leonardfirmpc.com

**www.leonardfirmpc.com**

Please consider the environment before printing.

**CONFIDENTIALITY NOTICE**: This e-mail is from a law firm, and may contain information that is privileged or confidential. If you are not the intended recipient, do not read, copy or otherwise distribute this e-mail or any attachments hereto. Instead, please notify the sender and delete the e-mail and any attachments.

**TAX ADVICE DISCLOSURE**: Any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

**From:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Sent:** Friday, July 12, 2024 3:17 PM
**To:** Ashley O'Neil <Ashley@leonardfirmpc.com>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Marcy Wilson <marcy@peleroselawfirm.com>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Brantley, G. Grant <G.Brantley@cobbcounty.org>; Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>
**Subject:** RE: Lowe v. Lowe

Ms. O'Neal,

Yes, received thanks. When was this filed? If it has not been processed by our clerk's office, would you please just affirm that it is a true and accurate copy as Ms. Pelerose did just now?

Thanks,

Brett E. Conway

**From:** Ashley O'Neil <Ashley@leonardfirmpc.com>
**Sent:** Friday, July 12, 2024 3:10 PM

**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Marcy Wilson
<marcy@peleroselawfirm.com>; Kylie Hoggard
<Kylie@leonardfirmpc.com>; Brantley, G. Grant
<G.Brantley@cobbcounty.org>; Debbie Crosby Pelerose
<dpelerose@peleroselawfirm.com>
**Subject:** RE: Lowe v. Lowe


Brett, Can you please confirm you received our response as well? Thanks!


### Ashley S. O'Neil, Esq.


<image001.png>


351 Washington Avenue, Suite 100

Marietta, Georgia 30060

Phone: (678) 540-1400 x105

Email: ashley@leonardfirmpc.com

**www.leonardfirmpc.com**


**Please consider the environment before printing.**


**CONFIDENTIALITY NOTICE**: This e-mail is from a law firm, and may contain information that is privileged or confidential. If you are not the intended recipient, do not read, copy or otherwise distribute this e-mail or any attachments hereto. Instead, please notify the sender and delete the e-mail and any attachments.


**TAX ADVICE DISCLOSURE**: Any tax advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.


**From:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Sent:** Friday, July 12, 2024 3:04 PM
**To:** Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Ashley O'Neil
<Ashley@leonardfirmpc.com>; Marcy Wilson
<marcy@peleroselawfirm.com>; Kylie Hoggard
<Kylie@leonardfirmpc.com>; Brantley, G. Grant
<G.Brantley@cobbcounty.org>
**Subject:** RE: Lowe v. Lowe

Thanks, given the state of the clerk's office and the uncertainty about when and if things that were filed online will actually make it into the files, I wanted to ensure when Brantley sees the unfiled motion, he has some context as to why it was presented to him that way.

All the best, and thanks for indulging us!

Brett E. Conway

**From:** Debbie Crosby Pelerose <dpelerose@peleroselawfirm.com>
**Sent:** Friday, July 12, 2024 11:47 AM
**To:** Conway, Brett <Brett.Conway@cobbcounty.org>
**Cc:** Katie Leonard <kk@leonardfirmpc.com>; Ashley O'Neil <Ashley@leonardfirmpc.com>; Marcy Wilson <marcy@peleroselawfirm.com>; Kylie Hoggard <Kylie@leonardfirmpc.com>; Brantley, G. Grant <G.Brantley@cobbcounty.org>
**Subject:** Lowe v. Lowe

Brett,

Out of office and sending this from my telephone. Just spoke to Marcy. The motion I sent to you this week regarding the above-styled case is a true and accurate copy of the motion for emergency hearing I filed with the clerk's office earlier this week. I have not received the stamped filed motion from the clerk's office as of this time, and based on what is going on with Peachcourt today, it appears I will not be receiving a stamped file copy today. Really need hearing scheduled for Monday if possible before Judge Brantley.

Thanks so much!

Best,

Debbie

Get Outlook for iOS

<01242020_CONNIE TAYLOR SUPERIOR COURT CLERK COBB COUNTY, GEORGIA.pdf>

<01242020_CONNIE TAYLOR SUPERIOR COURT CLERK COBB COUNTY. GEORGIA.pdf>

—

**Matthew D. McMaster**

Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

—

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.

<07242024_ORDER OF CASE ASSIGNMENT_001.pdf>

<07242024_ORDER OF CASE ASSIGNMENT.pdf>

—

**Matthew D. McMaster**

Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

—

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive

this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.

--

**Matthew D. McMaster**

Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

--

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.