# Exhibit M

Judge Ann B. Harris's Order to Cobb County Court Administrator for Selection of Qualified Judge to 7th District Administrative Judge

**⬧ EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23104461**

SEP 12, 2025 10:27 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| ROBERT MURRAY,<br>     Plaintiff, | *<br>*<br>* | CIVIL ACTION FILE 23-1-4461 |
| VS. | *<br>* | |
| VIC BROWN HILL, Individually, and<br>HILL MACDONALD, LLC<br>     Defendant. | *<br>*<br>* | |

### ORDER REGARDING RECUSAL & REQUEST FOR ASSISTANCE

All active Superior Court Judges in the Cobb Judicial Circuit having issued voluntary orders of **RECUSAL** in the above-styled case pursuant to the Georgia Code of Judicial Conduct Rule 2.11 and the procedures of Uniform Superior Court Rule 25,

And there being no orders of recusal in the above-styled case from Senior Superior Court Judges who provide routine assistance to the Judges of the Cobb Judicial Circuit,

**IT IS HEREBY ORDERED** that the Court Administrator shall submit the case to the 7th Judicial District Court Administrator for appointment of a Superior Court Judge to hear all further matters in this case. Nothing in this order shall preclude appointment of a Senior Superior Court Judge who provides routine assistance to the Judges of the Cobb Judicial Circuit.

It is **FURTHER ORDERED** that the civil case assignment/balancing tool be adjusted to reflect the recusal ordered herein.

**SO ORDERED**, this 12th day of September, 2025.

_____
HONORABLE ANN B. HARRIS
Chief Judge, Cobb County Superior Court
Cobb Judicial Circuit

## CERTIFICATE OF SERVICE

This is to certify that I have delivered a copy of the foregoing via PeachCourt e-file sent to the following email addresses as follows:

Dana K. Maine
dmaine@fmglaw.com

Jacob S. Madsen
jsmadsen@fmglaw.com

Matthew D. McMaster
mdmcmaster@mcmasterlegal.com

Kevin R. Stone
kevin.stone@fmglaw.com

Christopher Harden, Esq.
chris@hardenlawfirm.com

Connie Taylor
Clerk of Superior Court
connie.taylor@cobbcounty.gov

Libby Blackwell
Chief Deputy Clerk
libby.blackwell@cobbcounty.gov

Christopher Hansard
Court Administrator
Christopher.Hansard@cobbcounty.gov

This 12th day of September, 2025

Tammy Birchell, Judicial Administrative Specialist
Katie Waters, Judicial Administration Specialist
Cynthia L. Patton, Judicial Staff Attorney
to The Honorable Ann B. Harris
Chief Judge, Cobb Superior Court
Cobb Judicial Circuit