# Exhibit S

Email Chain Regarding Brett Conway's Discriminatory Requirements on Mary Murray's Request to Record

 **Gmail**                          Matthew McMaster <mdmcmaster@mcmasterlegal.com>

## Fwd: Rule 22 Hearing Request - Wednesday, Nov 12 at 2:00 pm

1 message

**Matthew McMaster** <mdmcmaster@mcmasterlegal.com>
To: Brett.Conway@cobbcounty.gov
Cc: Meg Murray <isdoctor@gmail.com>, Jacob Madsen <Jacob.Madsen@fmglaw.com>, "Monyak, Elizabeth" <Elizabeth.Mon\
<JSmith@law.ga.gov>

Hello Mr. Conway,

I was made aware of your concern that "to the extent the request is coming from Equally Present, LLC, [Mrs. Murray] will ne
interests of an LLC in a legal proceeding, or that the request submitted is not included in the general prohibition against pro s

Was this same stipulation put on any of the following for the Connie Taylor Indictment, Case No. 25CR02666? More specifical

Noble Hunter Riggall of the Marietta Daily Journal
Taylor Groft of the AJC
Lacey Lee of WSB-TV

Please provide (1) evidence of your authority as a senior judge staff attorney to require "authority that permits a board membe
submitted is not included in the general prohibition against pro se representation of a business entity" and (2) proof that you c
same restrictions/limitations on the above named individuals for the Connie Taylor indictment, Cobb County Superior Court, C

Because I believe these matters are continuation of the issues that caused my initiation of United States District Court, North
you and Judge Brantley, I have cc'd your counsel and Judge Brantley's counsel from that case.

Respectfully,

Matthew D. McMaster, Esq.

---------- Forwarded message ----------
From: **Meg Murray** <isdoctor@gmail.com>
Date: Mon, Nov 10, 2025 at 12:35 PM
Subject: Fwd: Rule 22 Hearing Request - Wednesday, Nov 12 at 2:00 pm
To: Matthew McMaster <mdmcmaster@mcmasterlegal.com>

---------- Forwarded message ----------
From: **Meg Murray** <drmegofis@gmail.com>
Date: Mon, Nov 10, 2025 at 12:34 PM
Subject: Fwd: Rule 22 Hearing Request - Wednesday, Nov 12 at 2:00 pm
To: <isdoctor@gmail.com>

---------- Forwarded message ----------
From: **Conway, Brett** <Brett.Conway@cobbcounty.gov>
Date: Mon, Nov 10, 2025 at 10:50 AM

Subject: RE: Rule 22 Hearing Request - Wednesday, Nov 12 at 2:00 pm
To: Meg Murray <drmegofis@gmail.com>

Good afternoon,

It appears your document is not filled out completely.  Please fill in the first page completely and maintain consist member, etc.?  It should be submitted as a PDF document with signatures, etc.

Further, to the extent the request is coming from Equally Present, LLC, you will need to provide some authority tl legal proceeding, or that the request submitted is not included in the general prohibition against pro se represent

Thanks,

Brett Conway

---

**From:** Meg Murray <drmegofis@gmail.com>
**Sent:** Sunday, November 9, 2025 9:32 PM
**To:** Conway, Brett <Brett.Conway@cobbcounty.gov>
**Subject:** Rule 22 Hearing Request - Wednesday, Nov 12 at 2:00 pm

**Meg Murray <drmegofis@gmail.com>**

to Brett

Mr. Conway,

Please see the attached Rule 22 request to record for the  hearing on Wednesday, November 12, : held in the Cobb County Superior Court Room 7200 commencing at 2:00pm.

The case is Murray v Vic Brown Hill et al.  Case No 23104461

Please let me know if the location is incorrect and provide me with the correct information.  Also, information

Thank you.


Sincerely,


Mary "Meg" Murray


--

Meg Murray, Ph.D.
Professor of Information Systems

Researcher of Digital Generativity


--

Meg Murray, Ph.D.
Professor of Information Systems
Researcher of Digital Generativity


--

**Matthew D. McMaster**
Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com


--

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential an
message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of a
you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your con

---

**3 attachments**

PurchasedImages (8).pdf
65K

PurchasedImages (7).pdf
56K

PurchasedImages (5).pdf
120K

2SCR026666

**FILED IN OFFICE**
**JUL 31 2025 AM11 44**
**COBB SUPERIOR COURT CLERK**
**CONNIE TAYLOR, CLERK**

IN THE SUPERIOR COURT OF __COBB__ COUNTY

## STATE OF GEORGIA

_____          CASE NO. _____

(STYLE OF CASE)

REQUEST TO INSTALL RECORDING AND/OR PHOTOGRAPHING EQUIPMENT PURSUANT TO RULES AND GUIDELINES FOR ELECTRONIC AND PHOTOGRAPHIC NEWS COVERAGE OF JUDICIAL PROCEEDINGS.

Pursuant to Rule 22 of the Electronic and Photographic News Coverage of Judicial Proceedings in the Uniform Superior Court Rules, the undersigned hereby requests permission to install equipment in courtroom __4400__ in order to record, photograph or televise all or portions of the proceedings in the above captioned case. Consistent with the provisions of the rules and guidelines, the undersigned desires to install the following described equipment: Handheld camera (still photography), voice recorder ___ in the following locations: on person _____. The proceedings that the undersigned desires to record, photograph or televise commence on (date) July 31, 2025 _____. Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to install this equipment in the courtroom on (date) July 31, 2025 _____. The personnel who will be responsible for the installation and operation of this equipment during its use are: Hunter Riggall _____. The undersigned hereby certifies that the equipment to be installed and the locations and operation of such equipment will be in conformity with the rules and guidelines issued by the court.

This _31_ day of _July_ , 20_25_ .

_Noble Hunter Riggall_____ (Individual Signature)

_Reporter_____ (Position)

_Marietta Daily Journal_____ (Representing/Firm)

_47 Waddell St., Marietta GA, 30060_ (Address)

_404-290-7280_____ (Telephone Number)

APPROVED: _____

Judge, Superior Court _Cobb_ Judicial Circuit

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA

**FILED IN COURT**
THIS __7 31 20 25__
AT: __10:30 AM__
LISA MORGAN
DEPUTY CLERK

25CR026666

**FILED IN OFFICE**
**JUL 31 2025 AM11 44**
**COBB SUPERIOR COURT CLERK**
**CONNIE TAYLOR. CLERK**

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

STATE OF GEORGIA VS Connie Taylor

### REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS.

Pursuant to Rule 22 of the Uniform Rules for Superior Court regarding Use of Electronic Devices in Courtrooms and Recording of Judicial Proceedings, the undersigned hereby requests permission to use a recording device in Courtroom Judge A. Gregory Poole on **July 31, 2025, at 11am** in order to record image proceedings of the trial that include opening arguments, significant testimony, closing arguments, verdict and sentencing.

Consistent with the provisions of the rule, the undersigned desires to use the following described recording device(s): Live camera, microphone and tripod and cell phone. The proceedings that the undersigned desires to record commence on **July 31, 2025**.

Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to use this device in the courtroom on **July 31, 2025**. The personnel who will be responsible for the use of this recording device are: WSB-TV employees.

The undersigned hereby certifies that the device to be used and the locations and operation of such device will be in conformity with Rule 22 and any guidelines issued by the court.

The undersigned understands and acknowledges that a violation of Rule 22 and any guidelines issued by the court may be grounds for removal or exclusion from the courtroom and a willful violation may subject the undersigned to penalties for contempt of court.

This 31ˢᵗ day of July 2025

Lacey Lee

Lacey Lee

WSB-TV

Assignment Editor

content@wsbtv.com

APPROVED:

**Superior Court Honorable Judge William McClain**

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA

FILED IN COURT
THIS _____ 7/31 20 25
AT _____ 10.30A M

LISA MORGAN
DEPUTY CLERK

25CR02李李李

**FILED IN OFFICE**
**JUL 31 2025 AM11 44**
**COBB SUPERIOR COURT CLERK**
**CONNIE TAYLOR, CLERK**

IN THE SUPERIOR COURT OF __Cobb__ COUNTY

## STATE OF GEORGIA

_____          CASE NO. _____

(STYLE OF CASE)

REQUEST TO INSTALL RECORDING AND/OR PHOTOGRAPHING EQUIPMENT PURSUANT TO RULES AND GUIDELINES FOR ELECTRONIC AND PHOTOGRAPHIC NEWS COVERAGE OF JUDICIAL PROCEEDINGS.

Pursuant to Rule 22 of the Electronic and Photographic News Coverage of Judicial Proceedings in the Uniform Superior Court Rules, the undersigned hereby requests permission to install equipment in courtroom __4400__ in order to record, photograph or televise all or portions of the proceedings in the above captioned case. Consistent with the provisions of the rules and guidelines, the undersigned desires to install the following described equipment: __audio + photo__ in the following locations: __CR 4400__. The proceedings that the undersigned desires to record, photograph or televise commence on (date) __7/31/25__. Subject to direction from the court regarding possible pooled coverage, the undersigned wishes to install this equipment in the courtroom on (date) __7/31/25__. The personnel who will be responsible for the installation and operation of this equipment during its use are: __Taylor Croft__. The undersigned hereby certifies that the equipment to be installed and the locations and operation of such equipment will be in conformity with the rules and guidelines issued by the court.

This __31__ day of __July__, 20 __25__.

__Taylor Croft__ (Individual Signature)

__reporter__ (Position)

__AJC__ (Representing/Firm)

__1200 Peachtree St__ (Address)

__(770) 314 - 8858__ (Telephone Number)

APPROVED: _____

Judge, Superior Court __Cobb__ Judicial Circuit

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA

**FILED IN COURT**
THIS __7/31__ 20 __25__

AT__11:00__ M
LISA MORGAN
DEPUTY CLERK