# Exhibit T

Open Records Request and Response
from Christopher Hansard

 **Gmail**

**Matthew McMaster <mdmcmaster@mcmasterlegal.com>**

---

## Re: Open Records Act Request
1 message

**Hansard, Christopher** <Christopher.Hansard@cobbcounty.gov>
To: Matthew McMaster <mdmcmaster@mcmasterlegal.com>

Fri, Sep 19, 2025 at 4:30 PM

Mr. McMaster, please see the attached.



**Christopher Hansard**
Court Administrator

**Superior Court of Cobb County**
Cobb Judicial Circuit

70 Haynes Street
Marietta, GA 30090
770-528-8110
cobbcounty.gov/superior court

Please note that the ending of my email address has changed to .gov. Please update my contact information in your system accordingly.

---

**From:** Matthew McMaster <mdmcmaster@mcmasterlegal.com>
**Sent:** Friday, September 19, 2025 8:31 AM
**To:** Hansard, Christopher <Christopher.Hansard@cobbcounty.gov>; Hansard, Christopher <Christopher.Hansard@cobbcounty.gov>
**Subject:** Open Records Act Request

To Whom It May Concern:

This request is being submitted pursuant to Georgia's Open Records Act, O.C.G.A. § 50-18-70 et seq. (the "Act") for documents and records. The requested documents and records were created between June 1, 2025 and September 19, 2025, and any date up to the date of your response to this request. This request is for any and all documents and records, whether paper, electronic or other media form, related to communications and procedures in connection with the selection and/or request for a senior judge to preside over any matter in the Cobb County Superior Court, including but not limited to such communications between you, your staff and your Office of the Superior Court Administration and any judge and any staff member of the Administrative Judge of the 7th Judicial District. The signatory to this request is a resident and citizen of the State of Georgia and is a member in good standing with the Georgia Bar.

To the extent that your office determines that any materials related to the above-referenced matter will not be disclosed, I request that your office provide the reason(s) for the nondisclosure. **The Georgia Open Records Act requires that responsive records be made available for inspection <u>within three business days</u>.** Should you need some additional time, please let me know and we can hopefully work something out.

Additionally, if there is a charge connected with the eventual copying of the requested records, I will be happy to pay those reasonable charges. Please email me at mdmcmaster@mcmasterlegal.com when the requested records are available. If you have any questions concerning this request, you can call me at 800-890-3981 as well.

Lastly, while I cannot foresee any reason why a confidentiality agreement would need to   be entered relating to this request and the associated records (they are public records), if you determine otherwise, please let me know so that we can discuss the same.

Thank you very much for your time and assistance.

**Matthew D. McMaster**
Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:  770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

—

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.

ORR 9.19.25.pdf
279K



## Christopher Hansard
### Administrator
SUPERIOR COURT OF COBB COUNTY

SUPERIOR COURT BUILDING
70 HAYNES STREET
MARIETTA, GEORGIA 30090-9542

MORGAN HOWARD
ADMINISTRATIVE ASSISTANT
(770) 528-1802

September 19, 2025

Matthew D. McMaster
12 Powder Springs St.
Suite 250
Marietta, GA 30064

Mr. McMaster,

Thank you for your open records request in the attached document. I have researched your request and determined the following.

As part of the judicial branch of the state government of Georgia, the Superior Court of Cobb County is not subject to the Georgia Open Records Act (see Fathers Are Parents Too v. Hunstein, 415 S.E.2d. 322, 323 (Ga. Ct. App. 1992); Op. Ga. Att'y Gen. U95-22; Op. Ga. Att'y Gen. 79-25).

Therefore, I cannot provide the information requested.


Sincerely,

Christopher Hansard

*M*

**Matthew D. McMaster, LLC**
Attorney at Law

12 Powder Springs St.               Phone: (770) 362-6490
Suite 230                                    Fax: (800) 890-3981
Marietta, GA 30064          mdmcmaster@mcmasterlegal.com

September 19, 2025

Christopher Hansard
Open Records Custodian
Office of the Superior Court Administration
70 Haynes Street
Marietta, GA 30090
Fax: (770) 528-8112
christopher.hansard@cobbcounty.gov

**Re: Open Records Act Request**

To Whom It May Concern:

This request is being submitted pursuant to Georgia's Open Records Act, O.C.G.A. § 50-18-70 et seq. (the "Act") for documents and records. The requested documents and records were created between June 1, 2025 and September 19, 2025, and any date up to the date of your response to this request. This request is for any and all documents and records, whether paper, electronic or other media form, related to communications and procedures in connection with the selection and/or request for a senior judge to preside over any matter in the Cobb County Superior Court, including but not limited to such communications between you, your staff and your Office of the Superior Court Administration and any judge and any staff member of the Administrative Judge of the 7th Judicial District. The signatory to this request is a resident and citizen of the State of Georgia and is a member in good standing with the Georgia Bar.

To the extent that your office determines that any materials related to the above-referenced matter will not be disclosed, I request that your office provide the reason(s) for the nondisclosure. **The Georgia Open Records Act requires that responsive records be made available for inspection <u>within three business days</u>**. Should you need some additional time, please let me know and we can hopefully work something out.

Additionally, if there is a charge connected with the eventual copying of the requested records, I will be happy to pay those reasonable charges. Please email me at mdmcmaster@mcmasterlegal.com when the requested records are available. If you have any questions concerning this request, you can call me at 800-890-3981 as well.

Lastly, while I cannot foresee any reason why a confidentiality agreement would need to be entered relating to this request and the associated records (they are public records), if you determine otherwise, please let me know so that we can discuss the same.

Thank you very much for your time and assistance.

Sincerely,

Matthew D. McMaster, Esq.