# Exhibit U

October 6, 2025, letter from Plaintiff to both Judge Brantley's and Brett Conway's attorneys regarding facts and circumstances indicative of retaliatory motives

$\mathcal{M}$

**Matthew D. McMaster, LLC**
Attorney at Law

12 Powder Springs St.
Suite 230
Marietta, GA 30064

Phone: (770) 362-6490
Fax: (800) 890-3981
mdmcmaster@mcmasterlegal.com

**October 6, 2025**

PRIORITY MAIL AND EMAIL

Judicial Qualifications Commission of Georgia
244 Washington Street SW, Suite 440
Atlanta, Georgia 30334

Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, Georgia 30090

Office of the Attorney General of Georgia
40 Capitol Square SW
Atlanta, Georgia 30334

> **Re:    Coordinated Conduct in U.S. District Court Case No. 1:24-CV-3436 and Judicial Misconduct of Judge Grant Brantley**

Dear Members of the Judicial Qualifications Commission, Cobb County Attorney's Office, and the Office of the Attorney General:

I write to formally address serious concerns regarding apparent coordinated conduct among your respective offices in U.S. District Court Case No. 1:24-CV-3436, as well as subsequent actions by Judge Grant Brantley of the Cobb County Superior Court that raise grave questions about judicial propriety and administrative oversight.

As I have expressed concern in the past, and as you all are well aware, the Judicial Qualifications Commission (JQC), the Attorney General's Office (AG), and the Cobb County Attorney's Office (CAO) appear to have pooled resources to jointly draft filings in the above-referenced federal matter. Those filings were expressly used for, among other things, the purpose of defending practices associated with Judge Rob Leonard's re-election campaign activities. Such coordinated litigation conduct among entities charged with independent oversight responsibilities—especially where those entities are implicated in matters under review—undermines public confidence and raises legitimate concerns of institutional self-dealing.

Compounding this issue, Judge Grant Brantley, who has a documented reputation for falling asleep on the bench and for making threats toward me personally, has now entered into a pending case in which I am attorney of record, following a sequence of troubling events:

Page **1** of **2**

- The Attorney General's Office issued a threat to me within recent weeks (Exhibit A);

- I then addressed the Cobb County Attorney's Office regarding the impropriety of its direct cooperation with the AG and the JQC in defending the Leonard campaign practices (Exhibit B); and

- Within two days of that correspondence, Judge Brantley was assigned to preside over my case, reportedly pursuant to an "agreement" between him and the Seventh District Administrative Judge (Exhibit C).

The timing of these events strongly suggests retaliatory coordination. More troubling still, this development places Judge Brantley in a position to preside over matters involving an attorney he has previously threatened, creating an untenable appearance of bias and impropriety under Canon 2 and 3 of the Georgia Code of Judicial Conduct.

I am not demanding action from you all at this time—history and common knowledge dictate such a request is fruitless. However, **each of your offices already owes a legal and fiduciary duty to act with honesty, transparency, and independence in service to the people of Cobb County and the State of Georgia**; and my purpose in submitting this letter is to ensure that these facts are preserved for the record and to ask the simple but critical question:

**Will the JQC, the AG, and the CAO act with integrity in fulfillment of their duties to the taxpayers and to the rule of law?**

Time will tell. The citizens of this State deserve nothing less.

Sincerely,

Matthew D. McMaster, Esq.

Enclosure(s)

CC:    info@gajqc.gov
chuck.boring@robbinsfirm.com
elizabeth.monyak@cobbcounty.gov
kpridgen@law.ga.gov
jsmith@law.ga.gov

Page 2 of 2

**M** Gmail

EXHIBIT

A

Matthew McMaster <mdmcmaster@mcmasterlegal.com>

## Re: USDCNDGA - Case No. 1:24-CV-3436-JPB

1 message

**mdmcmaster@mcmasterlegal.com** <mdmcmaster@mcmasterlegal.com>          Mon, Aug 18, 2025 at 12:53 PM
To: John Smith <JSmith@law.ga.gov>
Cc: Kristen Settlemire <KSettlemire@law.ga.gov>, Keith Pridgen <KPridgen@law.ga.gov>

*How exactly are the accusations dangerous?

Please respond as this is a matter of grave public concern.

Respectfully

Matthew D. McMaster, Esq.

Sent from my iPhone

On Aug 18, 2025, at 9:19 AM, mdmcmaster@mcmasterlegal.com wrote:

Thank you John for your timely response. How exactly are dangerous?

Please be clear and not vague in your response.

Thank you,

Matthew D. McMaster, Esq.

Sent from my iPhone

On Aug 18, 2025, at 9:00 AM, John Smith <JSmith@law.ga.gov> wrote:

Good morning Mr. McMaster:

I am in receipt of your August 17, 2025 e-mail regarding the above referenced case. We do represent Judge Poole in that matter, in which no dispositive order has been issued. However, we are waiting on a decision from Judge Boulee on our pending Motion to Dismiss.

I will not speak as to any other cases to which I am not counsel of record.

Additionally, I have no authority to grant you permission to speak to Judge Poole's staff. However, I will forward your e-mail to the Judge.

Finally, any implication that the Georgia Attorney General's Office is involved in some vague illegal activity is completely unfounded. Such baseless accusations are as dangerous as they are repugnant.

sincerely,

John P. Smith

&lt;Outlook-cid_image0&gt;

&lt;Outlook-            &lt;Outlook-
Facebook.png&gt;   Twitter.png&gt;

**John Smith**
**Assistant Attorney General**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
404-458-3379
jsmith@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334

  Gmail                                                    Matthew McMaster <mdmcmaster@mcmasterlegal.com>

## USDCNDGA - Case No. 1:24-CV-3436-JPB

1 message

**mdmcmaster@mcmasterlegal.com** <mdmcmaster@mcmasterlegal.com>                      Sun, Aug 17, 2025 at 10:37 PM

To: John Smith <JSmith@law.ga.gov>, Keith Pridgen <KPridgen@law.ga.gov>, Kristen Settlemire <KSettlemire@law.ga.gov>

Hello Office of the Attorney General,

It appears Judge Poole, by way of the Clerk's Office (aren't you all prosecuting her???) has found a way to parachute into one of my cases. As you know, his qualification to preside over my cases is pending in the Northern District of GA, Case No. 1:24-CV-3436-JPB.

Judge Poole already voluntarily recused himself and the entire bench once from this case—and then called in Judge Emerson to "unrecuse" a select portion of judges (isn't Emerson presiding over your case against the Cobb Clerk???). The case appears to be going through a select pipeline of judges, some of which have already been on the case previously (e.g., Judge Poole and Judge Harris). I assume he and Judge Harris are trying to get a senior judge back into my Murray v. Hill case—which would be blatantly improper as that is also an issue pending in Case No. 1:24-CV-3436-JPB. I hope Chris Carr's Office has nothing to do with this agenda. Cobb County Superior Court officers have enough RICO scams going around—we don't need more assisted by the AG's office funded by State taxpayer money.

All that being said, do I have your permission to speak to Judge Poole's staff directly via email? I believe since I am suing him and one of his staff members in their official capacities, I need confirmation from you for me to communicate directly to any of his staff so I don't inadvertently violate some ethics code.

Please let me know by EOB on Monday, August 18, 2025 (a) if I can communicate directly with Judge Poole's staff and/or (b) whether Judge Poole intends to recuse without putting some senior judge at the helm. I watched Fulton County play this game using Judge Grubbs and Judge Brantley to rape me in over $100k in bogus attorney's fees two years ago —I'm not going through that again now with Judge Emerson (or any other Senior Judge) which is obviously what they are winding up to do.

Let me know the answer to my questions above and, please, act with the utmost integrity here.

Respectfully,

Matthew D. McMaster, Esq.

Sent from my iPhone



**PeachCourt - Civil Case Information.jpeg**
136K

 

Matthew McMaster <mdmcmaster@mcmasterlegal.com>

## Re: McMaster v. Smith
1 message

**Matthew McMaster** <mdmcmaster@mcmasterlegal.com>                    Wed, Oct 1, 2025 at 11:49 AM
To: "Monyak, Elizabeth" <Elizabeth.Monyak@cobbcounty.gov>

You also said your purpose was "To conserve the parties' and the court's resources." My proposal is much more resource friendly than you taking a hard stance in this manner. That being said, the only logical conclusion is that any claim that your motion serves the purpose of "conserving resources" is a fallacy.

In your motion brief, please put your true intentions and DO NOT mislead the court by pretending that you are trying to conserve resources—you're not. I watched your office and the Attorney General's office expend taxpayer money to defend Judge Leonard's campaign practices in Case No. 1:24-CV-3436 a year ago.

Please act with the utmost integrity here.

Respectfully,

Matthew D. McMaster, Esq.


On Wed, Oct 1, 2025 at 11:35 AM Matthew McMaster <mdmcmaster@mcmasterlegal.com> wrote:
> But I have not seen your actual motion. Can you send me a copy of it so I can decide if I oppose it?
>
> On Wed, Oct 1, 2025 at 11:34 AM Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov> wrote:
>>
>> Mr. McMaster,
>>
>>
>> As indicated in my earlier e-mails, the County is seeking a stay of the preliminary discovery pending a ruling on the motion to dismiss.  It appears that you do not consent to that, and, therefore, the motion will indicate that it is an opposed motion.
>>
>>
>> Thanks,
>>
>>
>> Elizabeth A. Monyak
>>
>> Senior Associate County Attorney
>>
>> Office of the Cobb County Attorney
>>
>> 100 Cherokee Street, Suite 350
>>
>> Marietta, Georgia 30090
>>
>> 770-528-4023 (direct line)
>>
>> elizabeth.monyak@cobbcounty.gov

Confidentiality & Privilege Notice

This communication and its disclosure are strictly limited to the recipient intended by the sender of this message. Please do not forward this message or its contents without consulting with the sender. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Other privileges may also apply.

If you are not the intended recipient, your receipt was the product of an inadvertent disclosure or an intentional violation of the confidentiality and privileges which apply. Therefore, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact us immediately by return e-mail or at 770-528-4000, and destroy the original transmission and its attachments without reading or saving in any manner. The sender has not waived and did not intend, directly or indirectly, to waive any privilege, in whole or in part.

**From:** mdmcmaster@mcmasterlegal.com <mdmcmaster@mcmasterlegal.com>
**Sent:** Wednesday, October 1, 2025 11:30 AM
**To:** Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov>
**Subject:** Re: McMaster v. Smith

I'll consent to a 21-day stay, and then upon motion to lift the stay and discretion of the court after the 21-days. That way you don't have to put much resources in initiating the stay and then the party that wants to lift the stay has the burden of putting forth their argument and resources after the 21 days.

I think that's fair.

Thoughts?

-Matt

Sent from my iPhone

On Oct 1, 2025, at 11:08 AM, Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov> wrote:

Good morning, Mr. McMaster,

No, the County does not consent to a consolidation of the two cases. Putting aside the question as to whether consolidation would even be warranted based on the relevant criteria, we think it would be premature to even consider the issue at this point. Both cases involve potentially dispositive motions,

and so there is no reason to consider consolidation involving either case until the Court rules on the pending motions.

Do you oppose or not oppose a stay of the deadlines for the Rule 26(f) conference, Joint Plan, and Initial Disclosures until such time as the Court rules on the MTD? Please let me know your position so that I can represent to the Court whether my motion to stay the preliminary discovery is an opposed or an unopposed motion.

Thank you,

Elizabeth A. Monyak

Senior Associate County Attorney

Office of the Cobb County Attorney

100 Cherokee Street, Suite 350

Marietta, Georgia 30090

770-528-4023 (direct line)

elizabeth.monyak@cobbcounty.gov

Confidentiality & Privilege Notice

This communication and its disclosure are strictly limited to the recipient intended by the sender of this message. Please do not forward this message or its contents without consulting with the sender. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Other privileges may also apply.

If you are not the intended recipient, your receipt was the product of an inadvertent disclosure or an intentional violation of the confidentiality and privileges which apply. Therefore, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact us immediately by return e-mail or at 770-528-4000, and destroy the original transmission and its attachments without reading or saving in any manner. The sender has not waived and did not intend, directly or indirectly, to waive any privilege, in whole or in part.

**From:** mdmcmaster@mcmasterlegal.com <mdmcmaster@mcmasterlegal.com>
**Sent:** Wednesday, October 1, 2025 8:26 AM
**To:** Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov>
**Subject:** Re: McMaster v. Smith

Hi Ms. Monyak,

Would you be willing to consent to a consolidation of this case and McMaster v. Poole, Case No. 1:24-cv-3436-JPB? And I we would also consent to both cases having the same discovery schedule once the stay(s) is/are lifted. That case is presently on a stay so this case would benefit your client in that regard.

I think that would be fair, logical, and economical.

Let me know, thanks.

Matt

Sent from my iPhone

On Sep 29, 2025, at 5:54 PM, Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov> wrote:

The deadline for the Rule 26(f) conference would be Monday, Oct. 13, and so I need to file the motion in advance of that date. I will be out of the office for most of next week, and so I plan to file my motion by the end of this week. It will include a one-line sentence that states that I contacted you to determine your position on the stay and that you (oppose/do not oppose) the stay.

Thanks,

Elizabeth A. Monyak

Senior Associate County Attorney

Office of the Cobb County Attorney

100 Cherokee Street, Suite 350

Marietta, Georgia 30090

770-528-4023 (direct line)

elizabeth.monyak@cobbcounty.gov

Confidentiality & Privilege Notice

This communication and its disclosure are strictly limited to the recipient intended by the sender of this message. Please do not forward this message or its contents without consulting with the sender. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Other privileges may also apply.

If you are not the intended recipient, your receipt was the product of an inadvertent disclosure or an intentional violation of the confidentiality and privileges which apply. Therefore, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact us immediately by return e-mail or at 770-528-4000, and destroy the original transmission and its attachments without reading or saving in any manner. The sender has not waived and did not intend, directly or indirectly, to waive any privilege, in whole or in part.

**From:** mdmcmaster@mcmasterlegal.com <mdmcmaster@mcmasterlegal.com>
**Sent:** Monday, September 29, 2025 5:48 PM
**To:** Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov>
**Subject:** Re: McMaster v. Smith

Hello Ms. Monyak,

Thank you for reaching out. When do you need an answer by?

Sent from my iPhone

> On Sep 29, 2025, at 5:35 PM, Monyak, Elizabeth <Elizabeth.Monyak@cobbcounty.gov> wrote:
>
> Hi Mr. McMaster,
>
> As you are aware, Defendant Smith filed a motion to dismiss the complaint in the above-referenced case. To conserve the parties' and the court's resources, we intend to file a motion to stay the preliminary discovery (Rule 26(f) conference, Joint Plan, and Initial Disclosures) until such time as there is a ruling on the Defendant's motion to dismiss.

Are you in agreement with holding off on doing the preliminary discovery pending a ruling on the motion to dismiss, or would you be opposed to a stay? I am guessing that you oppose a stay of preliminary discovery based on the position that you took in the other case, but I just wanted to confirm that that was still your position for purposes of this case. Please let me know your position at your earliest convenience.


Thanks,


Elizabeth A. Monyak

Senior Associate County Attorney

Office of the Cobb County Attorney

100 Cherokee Street, Suite 350

Marietta, Georgia 30090

770-528-4023 (direct line)

elizabeth.monyak@cobbcounty.gov


Confidentiality & Privilege Notice


This communication and its disclosure are strictly limited to the recipient intended by the sender of this message. Please do not forward this message or its contents without consulting with the sender. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Other privileges may also apply.


If you are not the intended recipient, your receipt was the product of an inadvertent disclosure or an intentional violation of the confidentiality and privileges which apply. Therefore, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact us immediately by return e-mail or at 770-528-4000, and destroy the original transmission and its attachments without reading or saving in any manner. The sender has not waived and did not intend, directly or indirectly, to waive any privilege, in whole or in part.


--
**Matthew D. McMaster**
Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

--

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.

--

**Matthew D. McMaster**
Attorney at Law

Matthew D. McMaster, LLC
12 Powder Springs St.
Suite 230
Marietta, GA 30064
Cell:   770.362.6490
Office: 800.890.3981
Fax:    800.890.3981
mdmcmaster@mcmasterlegal.com

--

This message is intended solely for the use of the individual or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient(s) of this message, you are hereby notified that reading, disclosing, copying, distributing or taking action in relation to the contents of and attachments to this message is strictly prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.



**EXHIBIT**

_C_

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**23104461**

OCT 03, 2025 01:09 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY

### STATE OF GEORGIA

**ROBERT MURRAY,**
          **Plaintiff**

**V.**

**VIC BROWN HILL & HILL
MacDONALD, LLC.**

          **Defendants**

**CASE FILE NO.:**

**23-1-4461**

### ORDER OF APPOINTMENT

There being the need for the temporary services of an additional Superior Court Judge in the Cobb Judicial Circuit; and

WHEREAS, The Honorable G. Grant Brantley, Senior Judge, Superior Court, State of Georgia, has agreed to assist the court in said assignment.

It is HEREBY ORDERED that Honorable G. Grant Brantley, Senior Judge, Superior Court, State of Georgia, is hereby appointed to preside in this action, said appointment becoming effective contemporaneously with the filing of this Order. Should the Honorable G. Grant Brantley have sufficient time remaining after this assignment, he will contact a presiding Judge and offer assistance on any other cases or matters pending on the scheduled day.

The Honorable G. Grant Brantley is hereby authorized and empowered to preside and discharge all the duties, power and authority of a Judge of the Superior Courts of the Cobb Judicial Circuit in Cobb Superior Court.

Let this Order, or a copy hereof, be filed with the Clerk of the Superior Court of Cobb County, Georgia, and with the office of the Seventh Judicial Administrative District.

This, the 3rd day October, 2025.

John E. Niedrach, ADMINISTRATIVE JUDGE
7th JUDICIAL ADMINISTRATIVE DISTRICT

cc. G. Grant Brantley, Senior Judge, State of Georgia
Counsel of record