**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-CV-6726-JPB |
| | ) | |
| GEORGE G. BRANTLEY, | ) | |
| CHRISTOPHER HANSARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT THE HONORABLE GEORGE G. BRANTLEY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF**

Defendant, the Honorable George G. Brantley, hereby moves to dismiss this action, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) and in response to Plaintiff's Complaint for Declaratory Relief. (Doc. 1). Defendant moves for dismissal on the basis of lack of subject matter jurisdiction, absolute judicial immunity, and failure to state a claim for which relief may be granted.

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law, attachments thereto, and all papers and pleadings on file with this Court.

Respectfully submitted this 4th day of March, 2026.

CHRISTOPHER M. CARR 112505
Attorney General

BRYAN K. WEBB 743580
Deputy Attorney General

KATHERINE P. STOFF 536807
Senior Assistant Attorney General

KRISTEN L. SETTLEMIRE 919430
Senior Assistant Attorney General

*/s/ Keith Pridgen*
G. KEITH PRIDGEN, JR. 960417
Assistant Attorney General

*Attorneys for Judge Brantley*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER<br><br>Plaintiff,<br><br>v.<br><br>GEORGE G. BRANTLEY,<br>CHRISTOPHER HANSARD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:25-CV-6726-JPB |

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and memorandum of law have been prepared using Times New Roman, 14-point font.

*/s/Keith Pridgen*
G. KEITH PRIDGEN, JR.
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-CV-6726-JPB |
| | ) | |
| GEORGE G. BRANTLEY, | ) | |
| CHRISTOPHER HANSARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the Honorable George G. Brantley's Motion to Dismiss and Memorandum of Law in Support thereof using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys or *pro se* parties of record:

Matthew D. McMaster, Pro Se Plaintiff
12 Powder Springs Street, Suite 230
Marietta, Georgia 30064
mdmcmaster@mcmasterlegal.com

I hereby certify that if applicable, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Matthew D. McMaster, Pro Se Plaintiff
12 Powder Springs Street, Suite 230
Marietta, Georgia 30064
mdmcmaster@mcmasterlegal.com

This 4th day of March, 2026.

*/s/ Keith Pridgen*
G. Keith Pridgen, Jr.
Assistant Attorney General

Ga. Bar No. 960417
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Telephone: (404) 458-3379
kpridgen@law.ga.gov