**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-CV-6726-JPB |
| | ) | |
| GEORGE G. BRANTLEY, | ) | |
| CHRISTOPHER HANSARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT THE HONORABLE GEORGE G. BRANTLEY'S MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT OR IN THE ALTERNATIVE RENEWED MOTION TO DISMISS**

Defendant, the Honorable George G. Brantley, hereby moves to strike Plaintiff's Amended Complaint, pursuant to Fed.R.Civ.P. 12(f), or in the alternative renews his Motion to Dismiss pursuant to 12(b)(1) and 12(b)(6) Plaintiff's Amended Complaint. (Doc. 14). Defendant moves to strike on the basis of untimeliness, and in the alternative for dismissal on the basis of lack of subject matter jurisdiction, absolute judicial immunity, and failure to state a claim for which relief may be granted.

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law, attachments thereto, and all papers and pleadings on file with this Court.

Respectfully submitted this 13th day of April, 2026.

CHRISTOPHER M. CARR 112505
Attorney General

BRYAN K. WEBB 743580
Deputy Attorney General

KATHERINE P. STOFF 536807
Senior Assistant Attorney General

KRISTEN L. SETTLEMIRE 919430
Senior Assistant Attorney General

*/s/ Keith Pridgen*
G. KEITH PRIDGEN, JR. 960417
Assistant Attorney General

*Attorneys for Judge Brantley*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-CV-6726-JPB |
| | ) | |
| GEORGE G. BRANTLEY, | ) | |
| CHRISTOPHER HANSARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing motion and memorandum of law have been prepared using Times New Roman, 14-point font.

*/s/Keith Pridgen*
G. KEITH PRIDGEN, JR.
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MATTHEW D. MCMASTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:25-CV-6726-JPB |
| | ) | |
| GEORGE G. BRANTLEY, CHRISTOPHER HANSARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the Honorable George G. Brantley's Motion to Dismiss and Memorandum of Law in Support thereof using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys or *pro se* parties of record:

Matthew D. McMaster, Pro Se Plaintiff
12 Powder Springs Street, Suite 230
Marietta, Georgia 30064
mdmcmaster@mcmasterlegal.com

I hereby certify that if applicable, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Matthew D. McMaster, Pro Se Plaintiff
12 Powder Springs Street, Suite 230
Marietta, Georgia 30064
mdmcmaster@mcmasterlegal.com

This 13th day of April, 2026.

*/s/ Keith Pridgen*
G. Keith Pridgen, Jr.
Assistant Attorney General

Ga. Bar No. 960417
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
Telephone: (404) 458-3379
kpridgen@law.ga.gov