**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MATTHEW D. MCMASTER,

Plaintiff(s),

vs.

GEORGE G. BRANTLEY,

Defendant(s).

CIVIL ACTION FILE

NO. 1:25-cv-06726-JPB

# JUDGMENT

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion in part, it is

**Ordered and Adjudged** that Plaintiff's claim based on violation of his right to due process is **DISMISSED** without prejudice for lack of standing. Plaintiff's claim based on First Amendment retaliation is **DISMISSED** for failure to state a claim.

Dated at Atlanta, Georgia, this 9th day of October, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/A. White
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 9, 2026
Kevin P. Weimer
Clerk of Court

By: s/A. White
Deputy Clerk